# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

| LESLIE SCHMITZ, | No. 1:17-CV-03055-MKD |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION FOR REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | **ECF Nos. 15, 19** |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulated Motion for Remand (ECF No. 19) of the above-captioned matter to the Commissioner for additional administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g). Attorney D. James Tree represents Plaintiff. Attorney Justin Martin represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 3. After considering the file and proposed order, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion for Remand (**ECF No. 19**) is **GRANTED**.

ORDER - 1

2. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g).

On remand the administrative law judge (ALJ) shall hold a new hearing and: (1) consider the new and material evidence from Dr. Burkett and Yakima Valley Memorial Hospital; (2) reconsider whether Plaintiff has an impairment that meets or equals a Listing in 20 CFR Part 404, Subpart P, Appendix 1; (3) reassess Plaintiff's residual functional capacity, if necessary; (4) obtain supplemental evidence from a vocational expert; (5) offer Plaintiff a supplemental hearing; and (6) issue a new decision.

3. Judgment shall be entered for **PLAINTIFF**.

4. Plaintiff's Motion for Summary Judgment (**ECF No. 15**) is **STRICKEN AS MOOT**.

5. Upon proper presentation, this Court will consider Plaintiff's application for fees and expenses under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

The District Court Executive is directed to enter this Order, **enter Judgment**, forward copies to counsel, and **CLOSE THE FILE**.

DATED October 23, 2017.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE